# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1891
LT Case Nos. 2022-DP-205-A
2022-DP-205-B
2022-DP-205-C

———————————————

J.J., Father of J.J., II, R.J., and
N.J., Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
William Collins Cooper, Judge.

Jordan B. Johnson, Jacksonville, pro se.

Sarah J. Rumph, Appellate Counsel of Children's Legal Services, of Department of Children and Families, Tallahassee, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Krystle Celine Cacci, Senior Attorney of Appellate Division, and Courtney Brewer, Pro Bono Guardian ad Litem Attorney, of Guardian ad Litem Office, Tallahassee, for Guardian ad Litem o/b/o J.J., II, R.J., and N.J.

May 22, 2024

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

2